HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DERRICK KIRKWOOD,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

Case No. C09-5593 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS:**

(1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)    Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED**; and

(3)    the Clerk is directed to send copies of this Order to Petitioner.

DATED this 5th day of November, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1