UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DERRICK KIRKWOOD,

                                    Petitioner,

         v.

PAT GLEBE,

                                    Respondent.

No. C09-5593 RBL/KLS

ORDER DIRECTING PETITIONER TO
SERVE DOCUMENTS

        This habeas corpus petition has been referred to United States Magistrate Judge Karen L.

Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Petitioner Derrick

Kirkwood filed his habeas corpus petition on September 24, 2009.  Dkt. 1.  The court filed his

petition and directed service of the petition on the Respondent.  Dkt. 4.  The Clerk served the

petition as ordered and return receipts reflect that the Attorney General's Office and Pat Glebe

were served with the petition on October 19, 2009 and October 20, 2009, respectively.  Dkts. 6

and 8.

        On October 22, 2009, Petitioner filed a "Brief and Memorandum" in support of his

petition for writ of habeas corpus.  Dkt. 9.  He did not serve a copy of the brief and memorandum

on the Respondent.

        Accordingly, it is **ORDERED**:

        (1)      Petitioner must serve the Respondent through his counsel of record (see Dkt. 7,

Notice of Appearance by attorney Ronda Denise Larson on behalf of Respondent Pat Glebe)

ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT - 1

with a copy of the Brief and Memorandum if he wishes it to be considered along with his petition. Petitioner is further advised that he must serve opposing counsel with any papers he files in this case in the future.

DATED this  24th day of November, 2009.


Karen L. Strombom
United States Magistrate Judge