**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| DERRICK KIRKWOOD,<br><br>    Petitioner,<br><br> v.<br><br>PAT GLEBE,<br><br>    Respondent. | NO. C09-5593-RBL-KLS<br><br>ORDER GRANTING MOTION TO FILE SUPPLEMENTAL ANSWER AND SUPPLEMENTAL STATE COURT RECORD |

The Court, having reviewed the record and Respondent's Motion to File Supplemental Answer and Supplemental State Court Record (Dkt. 19) does hereby find and **ORDER**:

1. Respondent's Motion (Dkt. 19) is **GRANTED**.

2. The supplemental answer and exhibits are hereby deemed filed.

3. The Clerk of the Court is instructed to note the petition for habeas corpus for consideration on **April 9, 2010**; Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

4. The Clerk of the Court shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 17th day of March 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER 1