# United States District Court

WESTERN DISTRICT OF WASHINGTON

DERRICK KIRKWOOD,

          v.

PAT GLEBE,

JUDGMENT IN A CIVIL CASE

C09-5593 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's Motion for an Extension of Time to File Objections [Dkt. #23] is **DENIED as MOOT**;

(3)     Petitioner's writ of habeas corpus (Dkt. 2) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

(4)     The Court declines to issue a certificate of appealability because the Petitioner has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

    August 2, 2010                                                                                     BRUCE RIFKIN
            Date                                                                                               Clerk

                                                                                              *s/ Mary Trent*
                                                                                              Deputy Clerk